# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3424

_____

| | | |
|---|---|---|
| Mary Seals, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| American Greetings Corporation, | * | |
| | * | |
| Appellee. | * | |

_____

No. 09-3483

_____

Appeals from the United States
District Court for the Eastern
District of Arkansas.

| | | |
|---|---|---|
| Angela Harris, | * | |
| | * | [UNPUBLISHED] |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| American Greetings Corporation, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted: June 1, 2010
Filed: June 11, 2010

_____

Before MELLOY, BOWMAN, and SMITH, Circuit Judges.

_____

PER CURIAM.

In these consolidated appeals, Mary Seals and Angela Harris appeal the adverse judgment of the District Court[1] following a bench trial in their employment-discrimination actions. Seals has moved for preparation of a transcript at government expense. We find that a transcript is unnecessary to our review because both appellants briefed their appeal without a transcript and neither appellant challenges the sufficiency of the evidence. See Bistram v. United States, 248 F.2d 343, 347–48 (8th Cir. 1957) (noting that a transcript at government expense was unnecessary where the plaintiff did not challenge the sufficiency of the evidence to sustain the district court's findings). Having carefully reviewed the parties' arguments and the submissions on appeal, we find no basis for reversal. Accordingly, we affirm the District Court's judgment, see 8th Cir. R. 47B, and we deny Seals's motion.

_____

_____

[1]The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas.